UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERSON JOSUE SANTAMARIA TURCIO,

                  Petitioner,

            v.

KRISTI NOEM, WILLIAM JOYCE and
PAMELA BONDI,

                  Defendant.

No. 25-cv-5941 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Upon consideration of Petitioner's motion for a temporary restraining order in the above captioned action, the verified petition for habeas corpus (Dkt. No. 1), and exhibits thereto, it is hereby ordered that:

1. Respondents shall file a return as to why the temporary restraining order should not be granted by July 22, 2025 at 12:00 p.m.

2. Petitioner shall have the opportunity to reply by July 22, 2025 at 9:00 p.m.

3. This matter shall be heard by the Court on July 23, 2025 at 11:00 a.m. in Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

4. Respondents shall be restrained from removing Petitioner outside the jurisdiction of the United States District Court for the Southern District of New York pending further order of the Court.

5. Service of this order shall be effectuated by Petitioner on the United States Attorney for

the Southern District of New York by electronic mail by 5:00 p.m. on July 21, 2025 and shall constitute good and effective service.

SO ORDERED.

Dated:   July 21, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge