UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERSON JOSUE SANTAMARIA TURCIO,

                Petitioner,

                v.

KRISTI NOEM, WILLIAM JOYCE and
PAMELA BONDI,

                Respondents.

No. 25-cv-5941 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated on the record, Petitioner's motion for a temporary restraining order is denied and the Court's July 21, 2025 order restraining his removal from this district shall automatically expire on July 30, 2025, unless the assigned judge, Judge Garnett, orders otherwise. Because this Court is acting in only a Part I capacity, Petitioner's motion for a preliminary injunction and petition for a writ of habeas corpus shall be addressed by Judge Garnett.

SO ORDERED.

Dated:    July 23, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge