**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GERSON JOSUE SANTAMARIA TURCIO,

                      Petitioner,                  25 **CIVIL** 5941 (MMG)

      -against-                              **JUDGMENT**

KRISTI NOEM, in Her Official Capacity as
Secretary for the United States Department of
Homeland Security, et al.,

                      Respondents.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 29, 2025, the Petition is DENIED for lack of subject-matter jurisdiction, and the motion for a preliminary injunction is DENIED as moot. The Court's July 21, 2025 Order restraining the removal of Petitioner from this District (Dkt. No. 11) shall be in effect until 11:59 p.m. EDT on Friday, August 1, 2025, in order to enable Petitioner to seek relief from the Court of Appeals for the Second Circuit if he chooses. Nothing in the Order shall be construed to preclude Petitioner from applying for relief from his continued detention should that detention continue past the point of reasonableness, see Zadvydas v. Davis, 533 U.S. 678, 699-700 (2001), or be otherwise unlawful at some future date; accordingly, the case is closed.

**DATED:** New York, New York
            July 30, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                        **BY:**    *K. Mango*

                                                    **Deputy Clerk**